AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

ROBERT LEE FOSTER
DOB: 12/30/1949
PDID: 226412

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 26, 2006__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

BANK ROBBERY

in violation of Title __18__ United States Code, Section(s) __2113 (a)__.

I further state that I am __SEAN M. FITZGERALD, Special Agent with the Federal Bureau of Investigation__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

AUSA, PATRICIA STEWART   (202) 514-7064
Sworn to before me and subscribed in my presence,

Signature of Complainant
SEAN M. FITZGERALD, Special Agent
Federal Bureau of Investigation

_____   at   __Washington, D.C.__
Date                                    City and State

_____         _____
Name & Title of Judicial Officer       Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Sean M. Fitzgerald, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so for approximately 18 months .   I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so since October 2006.  I have  participated in numerous robbery investigations and search warrants, resulting in the convictions of  defendants.

2. This affidavit is submitted in support of an arrest warrant for **ROBERT LEE FOSTER**, date of birth xxxxxxxxxxx, 1949, for Bank Robbery, in violation of 18 U.S.C. 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

4. On Friday, October 26, 2006, at approximately 9:10 am, a lone black male walked into the M&T Bank, 6434 Georgia Avenue NW, Washington, DC, a federally insured institution, and  presented a note which said words to the effect, "Give me all of your money.  I have a gun."

The teller gave the bank robber $5,527, after which the suspect left the bank.  The robber took the demand note with him when he fled.   M&T Bank digital video surveillance photographs were obtained and reviewed.  Eyewitnesses described the man who robbed the bank as a black male, about 6'0" tall, slender build, and weighing approximately 165 lbs, with a salt and pepper beard, a band-aid across his nose, and an eye-patch over his left eye.

     5.   On December 13, 2006, a lone black male robbed two federally insured financial institutions in Gaithersburg,  Maryland.   In both cases the robber was described by witnesses as a black male, about 6'1" tall, thin build, and weighing approximately 160 lbs, with a salt and pepper beard and an eye-patch over his left eye.  Surveillance photographs were obtained from one of the Maryland banks, Sandy Spring Bank, 484 North Frederick Avenue, Gaithersburg, Maryland. Your affiant reviewed surveillance tapes from both  the M&T Bank robbery on October 26, 2006 and the robbery of the Sandy Spring Bank on December 13, 2006 and noted that the individual depicted committing both robberies was a black male with a beard and wearing an eye patch.

     6.  During the investigation of the Sandy Spring Bank robbery, **ROBERT LEE FOSTER** was developed as a suspect.  A check through a computerized data base showed **FOSTER** had been arrested in the past.  Arrest booking photographs, taken in June of 2005, were obtained from the District of Columbia Metropolitan Police Department.  The booking photographs were then compared to the still photographs of the robber at Sandy Springs Bank.  The comparison showed that the robber of the Sandy Springs Bank appears similar to **ROBERT LEE FOSTER.**

     7.  On or about December 19, 2006, a photo spread identification procedure was

conducted with the M&T Bank teller who was robbed on October 26, 2006. A group of six photographs was provided to the teller for review. The teller positively identified **ROBERT LEE FOSTER** from a photo array consisting of six photographs of individuals of similar appearance as the man who robbed the M & T Bank on October 26, 2006. The same photo array was shown to two other bank employees who were present at the time of the October 26, 2006, bank robbery. Both witnesses independently identified **ROBERT LEE FOSTER** as the bank robber.

      8. Based on the foregoing, there is probable cause to believe that on or about October 26, 2006, the defendant, **ROBERT LEE FOSTER**, did unlawfully, knowingly and intentionally, rob the M&T Bank, 6434 Georgia Avenue NW, Washington, DC, in violation of 18 U.S.C. 2113(a).

_____
Sean M. Fitzgerald, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____day of December, 2006

_____
United States Magistrate Judge
District of Columbia